IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02100-REB-MJW

FRONTIER STEEL BUILDINGS CORP.,

Plaintiff(s),

v.

WISER CONSTRUCTION, LLC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion to Stay and Vacate Scheduling Conference Pending Disposition of Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Motion to Transfer the Case to the District of Nevada (docket no. 11) is GRANTED IN PART AND DENIED IN PART.  The Motion is GRANTED as to STAYING this case until Judge Blackburn rules on the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, Motion to Transfer the Case to the District of Nevada (docket no. 8) pursuant to Ruddock v. Reno, 2001 WL 1717241, at *1 (S.D.N.Y. Dec. 19, 2001), overruled on other grounds, 104 Fed. Appx. 2004 (2d Cir. 2004); Costal States Gas Corp. v. Dep't of Energy, 84 F.R.D. 278, 282 (D. Del. 1979).  The Motion is DENIED as to transferring this case to the District of Nevada since Judge Blackburn will address that issue in his ruling on docket no. 8.

It is FURTHER ORDERED that the Rule 16 Scheduling Conference before Magistrate Judge Watanabe on December 18, 2007, at 9:30 a.m. is VACATED.

It is FURTHER ORDERED that the parties shall file a written Status Report with the court on or before January 18, 2008.

Date:  November 19, 2007