# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-02100-REB-MJW

FRONTIER STEEL BUILDINGS CORP.,

   Plaintiff,

v.

WISER CONSTRUCTION, LLC,

   Defendant.

---

# MINUTE ORDER[1]

---

The matter comes before the court on the following motions:

   1. Defendant's **Unopposed Motion For Extension Of Time In Which To File Reply In Support Of Motion To Dismiss** [#21], filed November 28, 2007; and

   2. **Plaintiff's Motion For Leave To File Correct Exhibits To Plaintiff's Response To Defendant's Motion To Dismiss For Lack Of Personal Jurisdiction, Or, In The Alternative, Motion To Transfer The Case To The District Of Nevada** [#22], filed November 28, 2007.

After careful review of the motions and the file, the court has concluded that the motions should be granted.

   **THEREFORE, IT IS ORDERED** as follows:

   1. That defendant's **Unopposed Motion For Extension Of Time In Which To File Reply In Support Of Motion To Dismiss** [#21], filed November 28, 2007, is **GRANTED**. Defendant shall have until **December 10, 2007**, in which to file a reply in support of its motion to dismiss; and

   2. That **Plaintiff's Motion For Leave To File Correct Exhibits To Plaintiff's**

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

**Response To Defendant's Motion To Dismiss For Lack Of Personal Jurisdiction, Or, In The Alternative, Motion To Transfer The Case To The District Of Nevada** [#22], filed November 28, 2007, is **GRANTED**, and the correct affidavit and correct exhibits attached to the motion are accepted for filing.

      Dated: November 29, 2007